THE STATE OF IOWA, Appellee, v. WILLIAM KILMER, Appellant.

**Appeal:** RECORD: AFFIRMANCE.

*Appeal from Poweshiek District Court.*—HON. A. R. DEWEY, Judge.

FRIDAY, DECEMBER 18, 1891.

THE defendant was accused and convicted of the crime of nuisance. He was adjudged to pay a fine of five hundred dollars and costs, and to be imprisoned in the county jail until the sum should be paid. From that judgment he appeals.—*Affirmed.*

No appearance for either party.

ROBINSON, J.—This cause was submitted to us without argument on a transcript which does not show any of the evidence on which the cause was tried. We have examined the record with care, but have found nothing of which the appellant can complain. The charge of the court, so far as we are able to determine in the absence of the evidence, was fair to the defendant. It does not appear that any exception was taken to the charge, nor to any part of it, nor to the judgment. AFFIRMED.